# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Alex Blitstein,* | CASE NO. CV 11-4783-GHK (PJWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank,* | |
| Defendant. | |

Pursuant to the Court's July 8, 2011 Order, **IT IS HEREBY ADJUDGED** that Plaintiff Alex Blitstein's claims against Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, are **DISMISSED**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: July 8, 2011

_____
GEORGE H. KING
United States District Judge